# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LACIE WALLACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-20-1188-AMG |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Magistrate Judge Amanda Maxfield Green issued a Report and Recommendation ("R. & R.") in this matter on December 30, 2020 (Doc. No. 4). Judge Green recommends that the Court: 1) deny Plaintiff's application for leave to proceed *in forma pauperis* (Doc. No. 2); 2) order Plaintiff to pay the $402.00 filing fee; and 3) dismiss this action if Plaintiff fails to pay the filing fee within 21 days. Plaintiff has not filed a written objection to the R. & R. within the allotted time period or requested additional time to object.

Accordingly, the Court ADOPTS the R. & R (Doc. No. 4). Consistent with Judge Green's recommendation, Plaintiff's application for leave to proceed *in forma pauperis* (Doc. No. 2) is DENIED, and Plaintiff is DIRECTED to pay the filing fee within twenty-one (21) days of the date of this Order. Failure to pay the filing fee within the time prescribed shall be cause for dismissal of this action without prejudice. *See* LCvR 3.3(e).

IT IS SO ORDERED this 10th day of March, 2021.

_____
CHARLES B. GOODWIN
United States District Judge