# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LACIE WALLACE, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| -vs- | )    Case No. CIV-20-1188-AMG |
| | ) |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
|   Defendant. | ) |

## **ORDER**

Before the court is Magistrate Judge Amanda Maxfield Green's Report and Recommendation of April 16, 2021. Doc. no. 6. The Report recommends the court dismiss this social security action without prejudice. As explained in the Report, the magistrate judge found that plaintiff's failure to comply with the court's orders regarding plaintiff's application for in forma pauperis status or payment of the filing fee (*see* orders at doc. nos. 3, 5), combined with the court's attempt to manage and control its caseload, warranted dismissal of this action. *Id*. at 2.

Plaintiff, who is represented by counsel, objects to the April 16, 2021 Report. The objection states that plaintiff's counsel's office gave its "best efforts to obtain information to augment plaintiff's original *Motion* [the motion to proceed in forma pauperis]" but "[t]hose attempts "were ultimately unsuccessful." Doc. no. 7, p. 2. The objection does not provide the missing financial information. It does not provide an explanation for why the information could not be provided. And it does not suggest when (or if) such information could ever be provided. The objection

offers no persuasive reason for reconsidering or rejecting the Report's recommendation that this action be dismissed without prejudice.

Additionally, the court notes that the current Report follows an earlier, related Report and Recommendation by the magistrate judge dated December 30, 2017 (doc. no. 4), to which plaintiff did not object. With no objection having been filed, the earlier Report was adopted by Judge Charles B. Goodwin, who directed plaintiff to pay the filing fee within twenty-one days and stated that failure to pay the filing fee within that period would be cause for dismissal. Doc. no. 5, p. 1.

After careful consideration, plaintiff's objection to the Report of April 16, 2021, is **DENIED**. The Report is **ADOPTED**. For the reasons stated in the Report, this action is hereby **DISMISSED** without prejudice.

IT IS SO ORDERED this 3rd day of May, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-1188p003.docx

2